**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Pam LYDIA, Defendant–Appellant.**

No. 13–7287.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2013.

Decided: Dec. 20, 2013.

Pam Lydia, Appellant Pro Se. Leesa Washington, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pam Lydia appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lydia,* No. 7:05–cr–01080–GRA–4, 2013 WL 3894820 (D.S.C. July 26,2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*